UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REUBEN AVENT,<br><br>                    Plaintiff,<br><br>          -against-<br><br>NYS ATT GEN. LETITIA JAMES,<br><br>                    Defendants. | 19-CV-10923 (CM)<br><br>ORDER DIRECTING PAYMENT OF FEE<br>OR AMENDED IFP APPLICATION |

COLLEEN McMAHON, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $400.00 in fees – a $350.00 filing fee plus a $50.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a fully completed *in forma pauperis* (IFP) application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application, but it is incomplete. Plaintiff states that he has been unemployed since July 2019 and receives $244 weekly in unemployment insurance but pays $6000 monthly for a car loan for his Mercedes Benz 250. Plaintiff indicates that his monthly expenses are $7000. Because it appears that Plaintiff has not fully explained his financial circumstances, within thirty days of the date of this order, Plaintiff must either pay the $400.00 in fees or submit an amended IFP application. If Plaintiff submits the amended IFP application, it should be labeled with docket number 19-CV-10923 (CM) and fully completed by answering all questions about Plaintiff's income and expenses.

The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. No summons shall issue at this time. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice to Plaintiff's refiling it.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: November 27, 2019
New York, New York

COLLEEN McMAHON
Chief United States District Judge